■

DESIMONE, S.

v.

KESSLER, G.

491 MDA 2016

Superior Court of Pennsylvania.

03/21/2017

2012–02113
(Lackawanna)

Affirmed

■

COM.

v.

MCCLIMON, K.

863 MDA 2016

Superior Court of Pennsylvania.

03/21/2017

CP–06–CR–0004917–2015
(Berks)

Reversed

■

A.P.T.

v.

J.L.T.

1154 MDA 2016

Superior Court of Pennsylvania.

03/21/2017

2011–07420
(Cumberland)

Affirmed

■

S.A.R.

v.

K.J.Y.

1184 MDA 2016

Superior Court of Pennsylvania.

03/21/2017

2008–FC–002144–03
(York)

Affirmed